UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

                Plaintiff,

–v–

Rinfret et al.,

                Defendant.

19-cv-6037 (AJN)
ORDER

ALISON J. NATHAN, Circuit Judge, Sitting by Designation:

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 20, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation

1